83,981-01

To Whom it may CONCERN; Abel Acosta, Clerk

ON Oct 2nd I recieved A Letter
from the Courts, official Notice From
Court of Criminal Appeals of Texas
ON Oct 2nd, The Application for 11.07
writ of Habeas Corpus has been
recieved.
Is there A time Frame from which I
Should be Bench Warranted, Back to
the County, where I got Sentenced
by the Court. 3-6 months? CAN
you give me A time Frame. whats
the Next thing to DO? what happens Next?

Tr. Ct. No. 08-01-00886-CR (1)
WR-83,981-01

Thank you,
Anna Gutierrez
Anna Gutierrez
TDCJ # 1517995
2893 State Hwy 6
Marlin Unit

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk